# Third District Court of Appeal

## State of Florida

Opinion filed November 6, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0611
Lower Tribunal No. F01-33581B

_____

**Maiker Vazquez,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Maiker Vazquez, in proper person.

Ashley Moody, Attorney General, and Linda Katz, Assistant Attorney General, for respondent.

Before EMAS, GORDO and BOKOR, JJ.

PER CURIAM.

Petition denied. <u>See</u> <u>Knight v. State</u>, 286 So. 3d 147 (Fla. 2019) (receding from <u>State v. Montgomery</u>, 39 So. 3d 252 (Fla. 2010)). <u>See also</u> <u>Burney v. State</u>, 328 So.3d 323 (Fla. 2d DCA 2021).